Evan Jacobi, Esq. (SBN 346783)
**MAZAL LAW, APC**
269 South Beverly Drive, #106
Beverly Hills, CA 90212
Telephone: (310) 598-0000
Email: Evan@MazalLaw.com

Attorneys for Plaintiff,
MELINDA BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA BROOWN,<br><br>Plaintiff,<br><br>vs.<br><br>THOR MOTOR COACH, INC.,<br><br>Defendant. | Case No.: 2:25-cv-00901-JAM-SCR<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME FOR PLAINTIFF TO FILE A MOTION TO REMAND**<br><br>**Judge: Hon. John A. Mendez**<br><br>**Complaint Filed:  February 11, 2025<br>Remand Field: March 20, 2025<br>Current Response Date: April 21, 2025<br>New Response Date: June 24, 2025** |

Plaintiff Melinda Brown ("Plaintiff") and Defendant Thor Motor Coach, Inc. ("Defendant") through respective undersigned counsel, hereby respectfully submit the following Stipulation to extend the time for Plaintiff to file a motion to remand.

WHEREAS, Plaintiff filed her Complaint on February 11, 2025, in the Superior Court of the State of California for the County of Solano.

WHEREAS, on March 20, 2025, Defendant removed this case to the United States District Court for the Eastern District of California based on diversity jurisdiction.

WHEREAS, good cause exists for the extension whereas the Parties are currently continuing to engage in settlement discussions and would like additional time to discuss early resolution in lieu of a pleading challenge to conserve the resources of the Court and the Parties.

WHEREAS, the additional time will allow the Parties time to discuss informal resolution and to more thoroughly meet and confer regarding Plaintiff's anticipated removal challenge in compliance with the Local Rules, and the rules of this Court, which will narrow the issues of Plaintiff's anticipated motion, if any, which will conserve the time and resources of both the Parties and the Court.

WHEREAS, this extension does not affect any other deadlines or schedule for this case.

IT IS HEREBY STIPULATED by and between the Parties that Plaintiff's deadline to file a motion to remand be extended to June 24, 2025.

IT IS SO STIPULATED.

Dated: April 10, 2025                                **MAZAL LAW, APC**

                                                                                /s/ Evan Jacobi
Evan Jacobi, Esq.
Attorneys for Plaintiff,
MELINDA BROWN


Dated: April 15, 2025                                **THE AXELSON LAW FIRM**

                                                                                /s/ Vincent Axelson
Vincent Axelson, Esq.
Attorneys for Defendant,
THOR MOTOR COACH, INC.

Evan Jacobi, Esq. (SBN 346783)
**MAZAL LAW, APC**
269 South Beverly Drive, #106
Beverly Hills, CA 90212
Telephone: (310) 598-0000
Email: Evan@MazalLaw.com

Attorneys for Plaintiff,
MELINDA BROWN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA BROOWN,<br><br>Plaintiff,<br><br>vs.<br><br>THOR MOTOR COACH, INC.,<br><br>Defendant. | Case No.: 2:25-cv-00901-JAM-SCR<br><br>**ORDER TO EXTEND PLAINTIFF'S TIME FOR PLAINTIFF TO FILE A MOTION TO REMAND**<br><br>**Judge: Hon. John A. Mendez**<br><br>**Complaint Filed:  February 11, 2025**<br>**Remand Field: March 20, 2025**<br>**Current Response Date: April 21, 2025**<br>**New Response Date: June 24, 2025** |

Per the stipulation of the Parties, Plaintiff's deadline to file a motion to remand is hereby **EXTENDED** to **June 24, 2025**.

Dated: April 17, 2025           /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE