Evan Jacobi, Esq. (SBN 346783)
**MAZAL LAW, APC**
269 South Beverly Drive, #106
Beverly Hills, CA 90212
Telephone: (310) 598-0000
Email: Evan@MazalLaw.com

Attorneys for Plaintiff,
MELINDA BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA BROOWN,<br><br>Plaintiff,<br><br>vs.<br><br>THOR MOTOR COACH, INC.,<br><br>Defendant. | Case No.: 2:25-cv-00901-JAM-SCR<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**<br><br>**Judge:** Hon. John A. Mendez<br><br>**Complaint Filed:** February 11, 2025<br>**Trial Date:** N/A |

Pursuant to Federal Rules of Civil Procedure § 1447, Plaintiff Melinda Brown ("Plaintiff") and Defendant Thor Motor Coach, Inc. ("Defendant") (collectively, the "Parties"), by and through respective undersigned counsel of record, hereby stipulate to remand the above-entitled action to the Superior Court of the State of California for the County of Solano as *Melinda Brown v. Thor Motor Coach, Inc.* Case No. CU25-01449, in light of Parties' agreement that diversity jurisdiction is at issue in this matter.

WHEREAS, Plaintiff filed her Complaint on February 11, 2025, in the Superior Court of the State of California for the County of Solano.

WHEREAS, on March 20, 2025, Defendant removed this case to the United States District Court for the Central District of California based on diversity jurisdiction.

1

**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**

WHEREAS, on April 15, 2025, Parties stipulated to extended Plaintiff's deadline to file a motion to remand.

WHEREAS, on April 18, 2025, the Court signed Parties Stipulation and Order, granting Plaintiff an extension until June 24, 2025 to file a motion to remand.

WHEREAS, counsel for the Parties met and conferred regarding remand of this matter back to state court.

WHEREAS, the Parties agreed that diversity jurisdiction is at issue and that it was proper to remand the matter.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that this matter is remanded back to state court in the county of Solano, and request this Court to execute the Proposed Order contained herein.

IT IS SO STIPULATED.

Dated: May 5, 2025                                **MAZAL LAW, APC**

                                                                                         /s/ Evan Jacobi
Evan Jacobi, Esq.
Attorneys for Plaintiff,
MELINDA BROWN

Dated: May 6, 2025                                **THE AXELSON LAW FIRM**

                                                                                         /s/ Vincent Axelson
Vincent Axelson, Esq.
Attorneys for Defendant,
THOR MOTOR COACH, INC.

**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**

## **ORDER REMANDING CASE TO STATE COURT**

Pursuant to the stipulation to remand the matter of *Melinda Brown v. Thor Motor Coach, Inc.*, Case No. 2:25-cv-00901-JAM-SCR, to state court, and for good cause being shown, the above-captioned matter is **REMANDED** to the Superior Court of the State of California for the County of Solano as *Melinda Brown v. Thor Motor Coach, Inc.*, Case No. CU25-01449, in light of the Parties' agreement and stipulation the diversity jurisdiction is at issue in the above-captioned action.

IT IS SO ORDERED.

Dated: May 07, 2025                   /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE